IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS HERNANDEZ CERBIN AND DOLORES CERBIN<br>*Plaintiffs*<br><br>VS.<br><br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. _____<br>JURY |

## APPLICATION AND NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Pursuant to 28 U. S. C. §1332(a)(2) and Rule 81 of the local rules for the Southern District of Texas, Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Applicant"), files this Application and Notice of Removal and in support thereof would show the Court the following:

1. On August 2, 2023, Plaintiffs, Jesus Hernandez Cerbin and Dolores Cerbin, filed their original petition in a cause of action against Applicant in the 197th Judicial District Court of Cameron County, Texas, Cause No. 2023-DCL-03740.

2. Pursuant to 28 U.S.C. § 1446 this notice of removal was filed within thirty (30) days after service on Applicants of Plaintiffs' Original Petition from which it was first ascertained that the case is one which is removable. Defendant was served on August 25, 2023.

3. Plaintiffs, Jesus Hernandez Cerbin and Dolores Cerbin, are residents of Cameron County, Texas. Plaintiffs were at the time of the filing of this lawsuit and remain citizens of the State of

Texas. Applicant is a mutual insurance company with its principal place of business in Bloomington, Illinois. Removal is proper because there is complete diversity of citizenship between the parties and the alleged amount in controversy exceeds $75,000.

4. The action described in paragraph 1 arises from an automobile accident that occurred in Cameron County, Texas with an underinsured driver on or about May 8, 2022. Plaintiffs claim they sustained injuries from that accident for which Plaintiffs are seeking damages within the jurisdictional limits of the court and Plaintiffs have plead that the subject matter in controversy is within the jurisdictional limits of the court.

5. The amount in controversy exceeds $75,000.00. In Plaintiffs' Original Petition, Plaintiffs seek monetary relief in an amount over $200,000.00 but no more than $1,000,000.00, together with costs of court, pre-judgment interest, and post-judgment interest. The aggregation of such claims exceeds the $75,000.00 controversy amount.

6. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas Applicant would show the following:

    a. Plaintiffs:        Jesus Hernandez Cerbin
                              Dolores Cerbin
       Defendant:       State Farm Mutual Automobile Insurance Company
       Current status:   Pending

    b. Status of service of process: service of process was accomplished on Defendant. Defendant filed an Original Answer on September 18, 2023.

    c. Counsel for each party is as follows:

Counsel for Plaintiffs:
Priscilla Niedzwiedz
State Bar No.: 24028097
Law Offices of Javier Villarreal
2401 Wildflower Drive, Ste. A
Brownsville, Texas 78520
Tel: (956) 550-0877

Fax: (956) 972-0144

Counsel for Defendant State Farm Mutual Automobile Insurance Company:
Nicholas O. Denzer
State Bar No. 24092339
Federal Bar No. 2525026
Law Office of Ralph M. Rodriguez, PLLC
1410 W. Dove Avenue
McAllen, Texas 78504
Telephone: (956) 758-0300

d. A jury was demanded by Defendant in state court and the jury fee was paid.

e. Name and address of court from which the case is being removed:

197th Judicial District Court
Cameron County, Texas
974 E. Harrison St.
Brownsville, TX 78522-2178.

7. Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of the docket sheet and an index of the matters being filed is attached hereto as Exhibit A.

WHEREFORE PREMISES CONSIDERED, Applicant prays that the above action now pending in the 197th Judicial District Court of Cameron County, Texas, Cause No. 2021-DCL-03740 styled Jesus Hernandez Cerbin and Dolores Cerbin vs. State Farm Automobile Insurance Company be removed to this Court pursuant to Rule 28 U.S.C.§1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Applicant may have such other and further relief at law or in equity to which it may show itself justly entitled.

Respectfully submitted,

By: *Nicholas O. Denzer*
Nicholas O. Denzer
State Bar No. 24092339
Federal Bar No. 2525026

                                                                                        Attorney for Applicant

Of Counsel:
LAW OFFICE OF RALPH M. RODRIGUEZ, PLLC
1410 W. Dove Avenue
McAllen, Texas 78504
(956) 758-0300
Attorney for Defendant

### CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel on this the 22nd day of September, 2023, as follows:

***Via E-Service***
Priscilla Niedzwiedz
Law Offices of Javier Villarreal
2401 Wildflower Drive, Ste. A
Brownsville, Texas 78520

                                                                                    ___*Nicholas O. Denzer*___
                                                                                        Nicholas O. Denzer