IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS HERNANDEZ CERBIN AND DOLOREZ CERBIN<br>  Plaintiffs, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:23-cv-142 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>  Defendant. | §<br>§<br>§<br>§<br>§ | |

## ORDER ON STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

On September 22, 2023, Defendant State Farm Mutual Automobile Insurance Company removed this case from the 197th District Court of Cameron County, Texas. Dkt. No. 1.

On October 4, 2024, the parties filed a Joint Notice of Settlement indicating that "a settlement was reached on September 30, 2024." Dkt. No. 10.

On November 18, 2024, the Court received a stipulation of dismissal with prejudice signed by all parties and filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 12. This Rule permits a plaintiff to dismiss an action against any defendant without a court order. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case are dismissed with prejudice. The District Clerk is directed to close this case.

Signed on November 19, 2024.

_Karen Betancourt_
Karen Betancourt
United States Magistrate Judge